NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN S. BENCHICK,                          )
                                           )
            Petitioner,                    )
                                           )
v.                                         )        Case No. 2D18-1691
                                           )
25 SUNSET BAY DRIVE, LLC, and              )
DOUG J. KNOERR,                            )
                                           )
            Respondents.                   )
_____)

Opinion filed April 3, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Pinellas County;
Jack R. St. Arnold, Judge.

John S. Benchick, pro se.

Lee L. Haas of Haas & Castillo, P.A.,
Clearwater, for Respondents.


PER CURIAM.

            Dismissed.


NORTHCUTT, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.